No. 17,715.

JOHN H. NORDLOH *v.* A. E. CRANDALL.

(292 P. [2d] 196)

Decided January 9, 1956.

Mr. GEORGE J. FRANCIS, for plaintiff in error.

Messrs. OWNBEY AND GREINETZ, for defendant in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.